1  Robert J. Cassity, Esq.
   NV Bar No. 9779
2  Sydney R. Gambee, Esq.
   NV Bar No. 14201
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV 89134
   Phone: 702.669.4600
5  Fax: 702.669.4650
   bcassity@hollandhart.com
6  srgambee@hollandhart.com

7  Stephen G. Topetzes (*pro hac vice* forthcoming)
   Theodore L. Kornobis (*pro hac vice* forthcoming)
8  K&L GATES LLP
   1601 K Street, NW
9  Washington, D.C. 20006
   Tel: (202) 778-9000
10 stavroula.lambrakopoulos@klgates.com
   ted.kornobis@klgates.com
11
   *Attorneys for Defendants*
12
                  **UNITED STATES DISTRICT COURT**
13
                        **DISTRICT OF NEVADA**
14

15 SECURITIES AND EXCHANGE                    Case No.:  2:20-cv-00511-RFB-DJA
   COMMISSION,

16                Plaintiff,                   **STIPULATION AND ORDER FOR**
                                               **EXTENSION TO RESPOND TO**
17 v.                                          **COMPLAINT**
                                               **(First Request)**
18 BRADLEY C. REIFLER,

19                Defendant

20 and

21 FOREFRONT PARTNERS, LLC,
   FOREFRONT CAPITAL SERVICES, LLC,
22 and PORT ROYAL-NCM, LLC,

23

24
        Plaintiff Securities and Exchange Commission and Defendants Bradley C. Reifler,
25
   Forefront Partners, LLC, Forefront Capital Services, LLC, and Port Royal-NCM, LLC
26
   (collectively, "Defendants"), by and through their respective counsel, and pursuant to FRCP 6(b)
27
   and LR IA 6-1, stipulate and agree that Defendants shall have a 30-day extension from the current
28

                                            1

deadline of Tuesday, May 26, 2020 until Thursday, June 25, 2020 to file in response to Plaintiff's

Complaint. The parties agree that good cause supports this request, as Defendants' counsel requires

additional time to review and prepare a response to the Complaint. This is the parties' first request,

which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED: May 26, 2020.

By: */s/ Robert J. Cassity*
Robert J. Cassity, Esq.
Sydney R. Gambee, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Stephen G. Topetzes (*pro hac vice* forthcoming)
Theodore L. Kornobis (*pro hac vice* forthcoming)
K&L GATES LLP
1601 K Street, NW
Washington, D.C. 20006

*Attorneys for Defendants*

By: /s/ *Christopher E. Martin*
Christopher E. Martin, Esq.
Attorneys for Plaintiff
Securities and Exchange
Commission
1961 Stout Street, Suite 1700
Denver, CO 80294

*Attorneys for Plaintiff Securities and Exchange Commission*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 28, 2020

14725576_v1

2