1
2
3
4
5

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission | Case #2:20-cv-00511-RFB-DJA |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| Bradley C. Reifler, et al. | |
| Defendant(s). | FILING FEE IS $250.00 |

_____Theodore L. Kornobis_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____K&L Gates LLP_____
(firm name)

with offices at _____1601 K Street, NW_____,
(street address)

\_\_\_\_\_Washington\_\_\_\_\_, \_\_\_\_District of Columbia\_\_\_\_, \_\_\_20006\_\_\_,
(city) (state) (zip code)

\_\_\_\_\_202-778-9180\_\_\_\_\_, \_\_\_\_ted.kornobis@klgates.com\_\_\_\_.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

\_\_\_Bradley C. Reifler and the Relief Defendants\_\_\_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **10/04/2010** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **District of Columbia** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State | February 18, 2010 | 4791497 |
| District of Columbia | 10/04/2010 | 997236 |
| U.S. District Court for the District of Columbia | December 6, 2010 | 997236 |
| U.S. Court of Appeals for Second Circuit | May 15, 2013 | |
| U.S. Court of Appeals for D.C. Circuit | January 31, 2017 | 60177 |
| U.S. District Court for S.D.N.Y. | September 7, 2018 | |
| U.S. District Court for District of Nebraska | April 2, 2019 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| December 14, 2017 | 2:17-cv-02870 | U.S. Dist. Court Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Theodore Kornobis*
Signed on 2020/06/15 13:06:26 -8:00
_____
Petitioner's signature

STATE OF  FLORIDA  )
COUNTY OF  ORANGE  )

Theodore L. Kornobis, Jr._, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

*Theodore Kornobis*
Signed on 2020/06/15 13:06:26 -8:00
_____
Petitioner's signature

Subscribed and sworn to before me this

15th day of June, 2020, _____. By means of online notarization.

[Notary signature]
Signed on 2020/06/15 13:06:26 -8:00
Notary Public or Clerk of Court

Noris Marisel Blanco
Commission # GG 153708
Notary Public - State of Florida
My Commission Expires Dec 05, 2021

Provided VA driver's license as form of id.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Robert J. Cassity__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__9555 Hillwood Dr., 2nd Floor__,
(street address)

__Las Vegas__, __Nevada__, __89134__,
(city)        (state)        (zip code)

__702-667-4600__, __bcassity@hollandhart.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Robert J. Cassity_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Bradley C. Reifler
_____
(type or print party name, title)

_____
(party's signature)

Forefront Partners, LLC; Forefront Capital Services, LLC; Port Royal-NCM, LLC
_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

 /s/ Robert J. Cassity
_____
Designated Resident Nevada Counsel's signature

 9779                                  bcassity@hollandhart.com
_____
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

 

**VerifiedPetitionPracticeProHacVice TLK.pdf**

| | |
|---|---|
| DocVerify ID: | 84263B87-8B9A-4EA6-B304-8B8B55B83C52 |
| Created: | June 15, 2020 06:36:45 -8:00 |
| Pages: | 5 |
| Remote Notary: | Yes / State: FL |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

**E-Signature Summary**

**E-Signature 1: Theodore Kornobis (TK)**
June 15, 2020 13:06:26 -8:00 [84107371C2BB] [ 165.225.0.192]
Ted.Kornobis@klgates.com (Principal) (Personally Known)

**E-Signature Notary: Noris Marisel Blanco (NMB)**
June 15, 2020 13:06:26 -8:00 [5C0C7A281473] [ 165.225.0.192]
noris.blanco@klgates.com
I, Noris Marisel Blanco, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.

DocVerify ID: 84263B87-8B9A-4EA6-B304-8B8B55B83C52
www.docverify.com

Generated Cover Page | 8B8B55B83C52





## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Theodore Lawrence Kornobis

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **18th day of February, 2010**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **5th day of June, 2020**.



*Robert D. Mayberger*

Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Theodore L Kornobis*

was duly qualified and admitted on October 4, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 28, 2020.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.