Robert J. Cassity, Esq.
Nevada Bar No. 9779
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada  89134
Tel: (702) 669-4600
Fax: (702) 669-4650
bcassity@hollandhart.com
srgambee@hollandhart.com


Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
Stavroula E. Lambrakopoulos (*pro hac vice*)
K&L GATES LLP
1601 K Street, NW
Washington, D.C. 20006
Tel:  (202) 778-9000
stavroula.lambrakopoulos@klgates.com
ted.kornobis@klgates.com

*Attorneys for Defendant Bradley C. Reifler and Relief Defendants
Forefront Partners, LLC, Forefront Capital Services, LLC,
and Port Royal-NCM, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case Number: 2:20-cv-00511-RFB-DJA |
| Plaintiff, | **STIPULATION REGARDING DEFENDANT AND RELIEF DEFENDANTS' AMENDED ANSWER** |
| v. | |
| BRADLEY C. REIFLER, | |
| Defendant, And | |
| FOREFRONT PARTNERS, LLC, FOREFRONT CAPITAL SERVICES, LLC, and PORT ROYAL-NCM, LLC, | |
| Relief Defendants. | |

# STIPULATION

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties, Defendant Bradley C. Reifler ("Mr. Reifler"), and Relief Defendants Forefront Partners, LLC, Forefront Capital Services, LLC, and Port Royal-NCM, LLC (the "Forefront Entities" or the "Relief Defendants," and together with Mr. Reifler, the "Defendants") and Plaintiff Securities and Exchange Commissioner ("SEC" or "Plaintiff") hereby stipulate and agree that the Defendants may file an Amended Answer no later than July 17, 2020.

DATED this 17th day of July, 2020.                DATED this 17th day of July, 2020.

*/s/ Sydney R. Gambee*
Robert J. Cassity, Esq.
Sydney R. Gambee, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada  89134

Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
Stavroula E. Lambrakopoulos (*pro hac vice*)
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C.  20006-1600

*Attorneys for Defendant Bradley C. Reifler, and Relief Defendants Forefront Partners, LLC, Forefront Capital Services, LLC, and Port-Royal-NCM, LLC*

*/s/ Christopher E. Martin*
Christopher E. Martin, Esq.
Polly A. Atkinson, Esq.
1961 Stout Street, Suite 1700
Denver, CO 80294

*Attorneys for Plaintiff Securities and Exchange Commission*

**IT IS SO ORDERED.**

DATED:  July 21, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2020, a true and correct copy of the foregoing **STIPULATION REGARDING DEFENDANT AND RELIEF DEFENDANTS' AMENDED ANSWER** was served by the following method(s):

☒  Electronic:  by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Christopher E. Martin, Esq.
Polly Atkinson, Esq.
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294
MartinC@SEC.GOV
AtkinsonP@SEC.GOV

*Attorneys for Plaintiff Securities and Exchange Commission*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joyce Heilich*
　　　　　　　　　　　　　　　　　　　　　　　　An Employee of HOLLAND & HART LLP

15010094_v1  109590.0001