CHRISTOPHER E. MARTIN (AZ. Bar No. 018486)
admitted *pro hac vice*
Email: martinc@sec.gov
POLLY A. ATKINSON (CO. Bar No. 18703)
admitted *pro hac vice*
Email: atkinsonpolly@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
961 Stout Street, Suite 1700
Denver, Colorado 80294
Telephone: (303) 844-1106

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>BRADLEY C. REIFLER,<br><br>    Defendant,<br><br>and<br><br>FOREFRONT PARTNERS, LLC<br>FOREFRONT CAPITAL SERVICES, LLC, and<br>PORT ROYAL-NCM, LLC,<br><br>    Relief Defendants. | Case No. 20-cv-00511-RFB-DJA<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE A MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**<br>**(First Request)**<br><br>**Judge Richard F. Boulware, II**<br>**Magistrate Judge Daniel J. Albregts** |

Pursuant to the deadlines prescribed by Rule 12(f)(2) of the Federal Rules of Civil

Procedure and LR IA 6-1, Plaintiff Securities and Exchange Commission ("SEC") and

Defendant Bradley C. Reifler and Relief Defendants Forefront Partners, LLC,

Forefront Capital Services, LLC, and Port Royal-NCM, LLC (collectively,

307470899 v1

"Defendants") hereby stipulate and agree to extend the SEC's deadline to file a Motion to Strike Defendants' Affirmative Defenses from August 7, 2020 to August 21, 2020. This is the first stipulation to extend the SEC's deadline to file a Motion to Strike Defendants' Affirmative Defenses in this matter. The parties are agreeing to this stipulation to allow more time for them to confer regarding whether they can resolve this issue without the Court's intervention.

Dated: August 6, 2020

*/s/ Christopher E. Martin*
Christopher E. Martin
Polly A. Atkinson
Attorneys for Plaintiff
Securities and Exchange Commission
961 Stout Street, Suite 1700
Denver, Colorado 80294
Telephone: (303) 844-1106

Dated: August 6, 2020

*/s/ Theodore L. Kornobis*
ROBERT J. CASSITY
Nevada Bar No. 9779
Email: bcassity@hollandhart.com
SYDNEY R. GAMBEE
Nevada Bar No. 14201
Email: srgambee@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: (702) 669-4600

THEODORE L. KORNOBIS (D.C. Bar No. 997236)
admitted *pro hac vice*
Email: ted.kornobis@klgates.com
STEPHEN G. TOPETZES (D.C. Bar No. 424593)
admitted *pro hac vice*
Email: Stephen.topetzes@klgates.com
STAVROULA E. LAMBRAKOPOULOS (D.C. Bar No. 453167)
admitted *pro hac vice*
Email: stavroula.lambrakopoulos@klgates.com
K&L Gates LLP
1601 K St. N.W.

307470899 v1

Washington, D.C. 20006
Telephone: (202) 778-9000

Attorneys for Defendant Bradley C. Reifler and the Relief Defendants

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2020

307470899 v1

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2020, I caused the foregoing document to be electronically filed with the Court using the ECF system, which will send notification of such filing to ECF-registered counsel.

                                          */s/ Christopher E. Martin*
                                          Christopher E. Martin

                                          Attorney for Plaintiff
                                          Securities and Exchange Commission