Robert J. Cassity, Esq.
Nevada Bar No. 9779
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada  89134
Tel: (702) 669-4600
Fax: (702) 669-4650
bcassity@hollandhart.com
srgambee@hollandhart.com

Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
Stavroula E. Lambrakopoulos (*pro hac vice*)
K&L GATES LLP
1601 K Street, NW
Washington, D.C. 20006
Tel:  (202) 778-9000
stephen.topetzes@klgates.com
stavroula.lambrakopoulos@klgates.com
ted.kornobis@klgates.com

*Attorneys for Defendant Bradley C. Reifler and Relief Defendants*
*Forefront Partners, LLC, Forefront Capital Services, LLC,*
*and Port Royal-NCM, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY C. REIFLER,<br><br>Defendant,<br>And<br><br>FOREFRONT PARTNERS, LLC, FOREFRONT CAPITAL SERVICES, LLC, and PORT ROYAL-NCM, LLC,<br><br>Relief Defendants. | Case Number: 2:20-cv-00511-RFB-DJA<br><br>**STIPULATION AND ORDER REGARDING DEFENDANT AND RELIEF DEFENDANTS' SECOND AMENDED ANSWER** |

## STIPULATION

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties, Defendant Bradley C. Reifler ("Mr. Reifler"), and Relief Defendants Forefront Partners, LLC, Forefront Capital Services, LLC, and Port Royal-NCM, LLC (the "Forefront Entities" or the "Relief Defendants," and together with Mr. Reifler, the "Defendants") and Plaintiff Securities and Exchange Commissioner ("SEC" or "Plaintiff") hereby stipulate and agree that the Defendants may file a Second Amended Answer no later than August 21, 2020.

DATED this 21st day of August, 2020.                    DATED this 21st day of August, 2020.

*/s/ Sydney R. Gambee*                                              */s/ Christopher E. Martin*
Robert J. Cassity, Esq.                                                  Christopher E. Martin, Esq.
Sydney R. Gambee, Esq.                                              Polly A. Atkinson, Esq.
Holland & Hart LLP                                                       1961 Stout Street, Suite 1700
9555 Hillwood Drive, 2nd Floor                                   Denver, CO 80294
Las Vegas, Nevada  89134

*Attorneys for Plaintiff Securities and Exchange Commission*

Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
Stavroula E. Lambrakopoulos (*pro hac vice*)
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C.  20006-1600

*Attorneys for Defendant Bradley C. Reifler, and Relief Defendants Forefront Partners, LLC, Forefront Capital Services, LLC, and Port-Royal-NCM, LLC*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: August 25, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2020, a true and correct copy of the foregoing **STIPULATION AND ORDER REGARDING DEFENDANT AND RELIEF DEFENDANTS' SECOND AMENDED ANSWER** was served by the following method(s):

☒   Electronic:  by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Christopher E. Martin, Esq.
Polly Atkinson, Esq.
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294
MartinC@SEC.GOV
AtkinsonP@SEC.GOV

*Attorneys for Plaintiff Securities and Exchange Commission*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joyce Heilich*
　　　　　　　　　　　　　　　　　　　　　　　An Employee of HOLLAND & HART LLP

15260568_v1  109590.0001