DANIEL KAHN
Acting Chief

THOMAS J. TYNAN
VA Bar No. 77420 (*pro hac vice*)
Trial Attorney
Criminal Division, Fraud Section
United States Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20005
Telephone: (202) 768-1136
Email: Thomas.Tynan@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY C. REIFLER, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00511-RFB-DJA<br><br>[~~PROPOSED~~] ORDER |

Uupon consideration of the Government's Unopposed Motion to Intervene and to Stay Proceedings, (ECF NO. 39), it is hereby ORDERED that:

1. The Motion is GRANTED. (ECF No. 39)

2. The Government is permitted to INTERVENE in the above-captioned action.

3. These proceedings are STAYED until the resolution of the criminal case in the Middle District of North Carolina (*U.S. v Reifler*, 20-cr-00512), including all appeals, or until further order of this Court.

IT IS SO ORDERED this <u>24th</u> day of February, 2021.

_____
THE HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE