CHRISTOPHER E. MARTIN (AZ. Bar No. 018486)
admitted *pro hac vice*
Email:  martinc@sec.gov
POLLY A. ATKINSON (CO. Bar No. 18703)
admitted *pro hac vice*
Email:  atkinsonpolly@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
961 Stout Street, Suite 1700
Denver, Colorado 80294
Telephone: (303) 844-1106

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>BRADLEY C. REIFLER,<br><br>            Defendant,<br><br>and<br><br>FOREFRONT PARTNERS, LLC<br>FOREFRONT CAPITAL SERVICES, LLC, and<br>PORT ROYAL-NCM, LLC,<br><br>            Relief Defendants. | Case No. 20-cv-00511-RFB-DJA<br><br>**MOTION FOR WITHDRAWAL OF APPEARANCE**<br><br>**Judge Richard F. Boulware, II**<br>**Magistrate Judge Daniel J. Albregts** |

Plaintiff Securities and Exchange Commission ("SEC") moves to withdraw Polly A. Atkinson as an attorney of record for the SEC and as grounds therefore, states as follows:

1.   I will no longer represent the Commission as of January 29, 2022, which is my last day of employment with the government.

2. Christopher E. Martin is counsel of record and will continue to be counsel of record for the SEC.

Wherefore, the Securities and Exchange Commission requests this Court enter an order granting it motion to withdraw.

Dated: January 19, 2022

/s/ *Polly A. Atkinson*
Christopher E. Martin
Polly A. Atkinson
Attorneys for Plaintiff
Securities and Exchange Commission
961 Stout Street, Suite 1700
Denver, Colorado 80294
Telephone: (303) 844-1106

**IT IS SO ORDERED**.

DATED: January 20, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRAE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2022, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

>ROBERT J. CASSITY
>Nevada Bar No. 9779
>Email:  bcassity@hollandhart.com
>SYDNEY R. GAMBEE
>Nevada Bar No. 14201
>Email:  srgambee@hollandhart.com
>HOLLAND & HART LLP
>9555 Hillwood Drive, 2nd Floor
>Las Vegas, NV 89134
>Telephone: (702) 669-4600
>
>THEODORE L. KORNOBIS (D.C. Bar No. 997236)
>admitted *pro hac vice*
>Email:  ted.kornobis@klgates.com
>STEPHEN G. TOPETZES (D.C. Bar No. 424593)
>admitted *pro hac vice*
>Email:  Stephen.topetzes@klgates.com
>STAVROULA E. LAMBRAKOPOULOS (D.C. Bar No. 453167)
>*pro hac vice* application forthcoming
>Email:  stavroula.lambrakopoulos@klgates.com
>K&L Gates LLP
>1601 K St. N.W.
>Washington, D.C. 20006
>Telephone: (202) 778-9000
>
>Attorneys for Defendant Bradley C. Reifler and the Relief Defendants

>/s/ Polly A. Atkinson
>———————————————
>Christopher E. Martin
>Polly A. Atkinson
>Attorneys for Plaintiff
>Securities and Exchange Commission
>961 Stout Street, Suite 1700
>Denver, Colorado 80294
>Telephone: (303) 844-1106