CHRISTOPHER E. MARTIN (AZ Bar No. 018486)
admitted *pro hac vice*
Email: martinc@sec.gov
Terry R. Miller (CO Bar No. 18703)
Motion for *pro hac vice* (pending)
Email: millerte@sec.gov
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Telephone: (303) 844-1000

Attorneys for Plaintiff
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff <br><br> vs. <br><br> BRADLEY C. REIFLER, <br><br> Defendant <br><br> and <br><br> FOREFRONT PARTNERS, LLC FOREFRONT CAPITAL SERVICES, LLC, and PORT ROYAL-NCM, LLC, <br><br> Relief Defendants | Case No. 2:20-cv-00511-CDS-DJA <br><br> **ORDER GRANTING MOTION FOR GOVERNMENT ATTORNEY APPEARANCE UNDER LOCAL RULE IA 11-3** <br><br> **[ECF No. 50]** <br><br> **Judge Cristina D. Silva** <br> **Magistrate Judge Daniel J. Albregts** |

Pursuant to Local Rule IA 11-3, the Securities and Exchange Commission ("SEC") moves for an order permitting Terry R. Miller, Senior Trial Counsel with the SEC, to appear before this court in the above-captioned case.

Mr. Miller is a member in good standing of the bar of the State of Colorado, he is employed by the SEC as an attorney, and, in the course and scope of his employment, he has occasion to

appear before the Court on behalf of the SEC in connection with the above-captioned matter. Accordingly, pursuant to Local Rule IA 11-3, Mr. Miller should be entitled to practice before this court as a government attorney.

Dated:  April 19, 2023

Respectfully submitted,

*/s/ Christopher E. Martin*
Christopher E. Martin
Terry R. Miller
Attorneys for Plaintiff
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Telephone: (303) 844-1000


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 20, 2023