UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Securities and Exchange Commission, | Case No. 2:20-cv-00511-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Bradley C. Reifler, | |
| Defendant, | |
| and | |
| Forefront Partners, LLC; Forefront Capital Services, LLC; and Port Royal-NCM, LLC, | |
| Relief Defendants. | |

Stephen G. Topetzes, Esq.; Theodore L. Kornobis, Esq.; and Stavroula E. Lambrakopoulos of the law firm K&L Gates LLP and Robert J. Cassity, Esq. and Sydney R. Gambee, Esq. of the law firm Holland & Hart LLP jointly move to withdraw their representation of Defendant Bradley C. Reifler and Relief Defendants Forefront Partners, LLC; Forefront Capital Services, LLC; and Port Royal-NCM, LLC. (ECF No. 47). Counsel has also filed a supplement to their motion to withdraw, explaining that the Relief Defendants no longer have any operating business and have vacated any known last-used business address. (ECF No. 53 at 2). As a result, the only known point of contact for each of the Relief Defendants is Defendant Bradley Reifler, who is currently incarcerated. Under Local Rule IA 11-6(b) counsel served a copy of the joint motion to Mr. Reifler. No party has responded to the motion to withdraw, constituting their consent to the Court granting it under Local Rule 7-2(d).

The Court finds that counsel has met the requirements of Local Rule IA 11-6(b). It thus grants the motion. Because they are corporations, Forefront Partners, LLC; Forefront Capital Services, LLC; and Port Royal-NCM, LLC must be represented by counsel. *See Reading Intern.,*

*Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel); *In re Bigelow*, 179 F.3d 1164, 1165 (9th Cir. 1999) ("[t]he law is clear that a corporation can be represented only by a licensed attorney").  The Court will thus require the Relief Defendants to file a joint status report regarding their retention of counsel.  It will also require Mr. Reifler to file a notice indicating whether he will retain counsel or proceed *pro se.*

**IT IS THEREFORE ORDERED** that counsel's motion to withdraw (ECF No. 47) is **granted.**

**IT IS FURTHER ORDERED** that Bradley C. Reifler must file a notice with the Court on or before **June 5, 2023** indicating whether he will retain counsel or proceed *pro se.*

**IT IS FURTHER ORDERED** that Forefront Partners, LLC; Forefront Capital Services, LLC; and Port Royal-NCM, LLC must file a status report regarding their retention of counsel on or before **June 5, 2023.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place Bradley Reifler; Forefront Partners, LLC; Forefront Capital Services, LLC; and Port Royal-NCM, LLC's last known addresses on the docket:

**Bradley Carl Reifler – Register No. 20251-509**
FCI Otisville
Federal Correctional Institution
Satellite Camp
P.O. Box 1000
Otisville, NY 10963

**Forefront Partners, LLC**
Attn: Bradley Carl Reifler – Register No. 20251-509
FCI Otisville
Federal Correctional Institution
Satellite Camp
P.O. Box 1000
Otisville, NY 10963

**Forefront Capital Services, LLC**
Attn: Bradley Carl Reifler – Register No. 20251-509

FCI Otisville
Federal Correctional Institution
Satellite Camp
P.O. Box 1000
Otisville, NY 10963

**Port Royal-NMC, LLC**
Attn: Bradley Carl Reifler – Register No. 20251-509
FCI Otisville
Federal Correctional Institution
Satellite Camp
P.O. Box 1000
Otisville, NY 10963

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail a copy of this order to Bradley Reifler; Forefront Partners, LLC; Forefront Capital Services, LLC; and Port Royal-NCM, LLC at the addresses listed above.

DATED: May 5, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE