UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff<br><br>        vs.<br><br>BRADLEY C. REIFLER,<br><br>                Defendant<br><br>and<br><br>FOREFRONT PARTNERS, LLC<br>FOREFRONT CAPITAL SERVICES, LLC, and<br>PORT ROYAL-NCM, LLC,<br><br>                Relief Defendants | Case No. 2:20-cv-00511-CDS-DJA<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE SEC TO FILE ITS RESPONSE TO THE DEFENDANT'S MOTION TO STAY**<br><br>**[ECF No. 58]** |

**THIS MATTER** is before the court on the Securities and Exchange Commission's ("SEC") unopposed motion to extend the deadline by two weeks for the SEC to file its response to defendant Bradley C. Reifler's motion to stay (ECF No. 56). Based on a full review of the record of this case, plaintiff's Motion to Extend the Deadline **[ECF No. 58] is GRANTED**.

**IT IS HEREBY ORDERED** that the SEC has through and including June 19, 2023, to file its response to defendant's motion to stay.

DATED:  June 5, 2023

_____
Honorable Judge Cristina D. Silva