# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff<br><br>    vs.<br><br>BRADLEY C. REIFLER,<br><br>    Defendant<br><br>and<br><br>FOREFRONT PARTNERS, LLC<br>FOREFRONT CAPITAL SERVICES, LLC, and<br>PORT ROYAL-NCM, LLC,<br><br>    Relief Defendants | Case No. 2:20-cv-00511-CDS-DJA<br><br>**ORDER REGARDING UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES** |

    **THIS MATTER** is before the court on the Securities and Exchange Commission's ("SEC") Unopposed Motion to Extend Certain Deadlines by three weeks to allow the parties sufficient time to conclude settlement discussions. ECF No. 60. Based on representation of counsel that the parties are engaged in successful settlement negotiations that would fully resolve this case without the need for further litigation, the unopposed motion to extend certain deadlines **[ECF No. 60] is GRANTED**.

    **IT IS THEREFORE ORDERED** that the SEC must file its response to defendant Bradley C. Reifler's motion to stay (ECF No. 56) no later than July 11, 2023.

    **IT IS FURTHER ORDERED** that the parties must confer and jointly file a new scheduling order in accordance with the Local Rules no later than July 17, 2023.

**IT IS FURTHER ORDERED** that if the parties are unable to timely file a proposed joint scheduling order, the SEC may file its own proposed scheduling order for consideration and include therein the reasons why the parties were unable to submit a joint proposed schedule.

**DATED**: June 16, 2023

BY THE COURT:

_____
Honorable Judge Cristina D. Silva